**STATE of Missouri, Respondent,**

v.

**Chad P. BASS, Appellant.**

**No. WD 57981.**

Missouri Court of Appeals,
Western District.

Feb. 13, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 27, 2001.

Application to Transfer Denied
April 24, 2001.

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, EDWIN H. SMITH, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Chad Bass appeals the circuit court's judgment convicting him of first-degree burglary. We affirm the judgment. Rule 30.25(b).